## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

**JUNIOR E. CROCKETT, SANDRA HILLYER and**
**MARY KNAPP,**

**PLAINTIFFS,**                              **CIVIL ACTION NO.** 3:08CV176

            **V.**

**MATRIX WIRE, INC.,**

**DEFENDANT.**

### CONFLICT DISCLOSURE STATEMENT

COME NOW the Plaintiffs, Junior E. Crockett, Sandra Hillyer, and Mary

Knapp, by and through their attorney of record, and in accordance with the Order

of this Court, making the following disclosure concerning parent companies,

subsidiaries, partners, limited liability entity members and managers, trustees (but

not trust beneficiaries), affiliates, or similar entities reportable under the provisions

of the Middle District of Alabama's General Order No. 3047:    Each party is an

individual.

      Dated: 3-11-08

_____
David R. Arendall, Counsel for Plaintiffs

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile