IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUNIOR E. CROCKETT,
SANDRA HILLYER and
MARY KNAPP,

PLAINTIFFS,                    CIVIL ACTION NO. 3:08-cv-176-CSC

V.

MATRIX WIRE, INC.,

DEFENDANT.

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on April 21, 2008 and was attended by:

Allen D. Arnold, Attorney for Junior E. Crockett, Sandra Hillyer and Mary Knapp

John W. Hargrove, for Defendant, Matrix Wire

1. **Pre-Discovery Disclosures**.

The parties will exchange by May 10, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

2. **Discovery Plan**.

**Plaintiffs' position**: Plaintiffs need discovery on the Plaintiffs' claims, damages and Defendant's defenses.

1

**Defendant's position**: Defendant needs discovery on the Plaintiffs' claims, damages and facts in support of Defendant's defenses.

The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by December 15, 2008.

**Interrogatories**:

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

**Requests for Admission**:

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

**Requests for Production of Documents**:

Maximum of 45 Requests for Production by each party. Responses due 30 days after service.

**Depositions**:

Maximum of 8 depositions by Plaintiff and 8 depositions by Defendant.

Each deposition is limited a maximum of 7 hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due**:

    From Plaintiffs:    August 1, 2008

    From Defendant:   September 1, 2008

Supplementations under Rule 26(e) due no later than 30 days before discovery concludes.

4.    **Other Items**.

**Settlement**:

Settlement possibilities have commenced, but the parties are not certain if a resolution can be reached prior to trial.

**Conferences**:

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in November of 2008.

**Join Additional Parties and Amendments**:

Plaintiffs should be allowed until July 15, 2008, to join additional parties and to amend the pleadings.

Defendant should be allowed until August 15, 2008, to join additional parties and to amend the pleadings.

**Dispositive Motions**:

All potentially dispositive motions should be filed by December 30, 2008.

**Final Lists of witnesses and exhibits**:

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiffs:   30 days prior to trial.

    From Defendant:   30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial**:

The parties request this case be set for trial 45 days after the Court's Pre-Trial Conference, and at this time trial is expected to take approximately 2-3 days.

| /s/ Allen D. Arnold | /s/ John W. Hargrove |
|---|---|
| Allen D. Arnold | John W. Hargrove |
| Attorney for the Plaintiffs | Attorney for Defendant |
| Arendall & Associates | Bradley, Arant |
| 2018 Morris Avenue, Third Floor | 1819 Fifth Avenue North |
| Birmingham, AL  35203 | Birmingham, AL  35203-2104 |